LAWRENCE J. KING
11 Western Avenue
Petaluma, CA 94952
Telephone: (707) 769-9791
Fax: (707) 769-9253
*Attorney for Plaintiff*
*Edward Contreras*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EDWARD CONTRERAS,**<br><br>Plaintiff,<br><br>v.<br><br>**MARIN COUNTY PUBLIC DEFENDER'S OFFICE,**<br><br>Defendant. | CASE NO. 13-2404<br><br>STIPULATION TO RESCHEDULE THE CASE MANAGEMENT CONFERENCE<br><br>AND<br><br>~~PROPOSED~~ ORDER<br><br>**Current CMC date: August 28, 2013**<br><br>**Proposed CMC date: October 9, 2013** |

THE PARTIES, by and through their respective counsel, hereby stipulate to request that the Court reschedule to October 9, 2013, the case management conference currently schedule for August 28, 2013. In support of the parties' request, they would show the Court the following:

1. There is a case management conference currently scheduled for August 28, 2013.
2. This date was set after Plaintiff's counsel had already booked a pre-paid out of state trip for the better part of the month of August.

1

3. Plaintiff's counsel contacted the Court's staff, who informed Plaintiff's counsel that he should contact opposing counsel and see if he and opposing counsel could agree upon an alternate Wednesday for the case management conference.

4. Plaintiff's counsel contacted opposing counsel, Sheila Lichtblau, who graciously agreed to the October 9, 2013 date.

5. The proposed October 9, 2013 date will provide counsel sufficient time after Plaintiff counsel's return to prepare the required submission for the case management conference.

Dated: August 6, 2013                         Respectfully Submitted,


/s/
LAWRENCE J. KING
*Attorney for Plaintiff*


/s/
Sheila Lichtblau
Deputy County Counsel
County of Marin
*Attorneys for Defendants*


## ~~PROPOSED~~ ORDER

Having reviewed the parties stipulated request to reschedule the case management conference and finding good cause therefore, the Court hereby grants the parties' request and reschedules the case management conference in this matter for October 9, 2013.

IT IS SO ORDERED.

The Honorable Claudia Wilken
Chief Judge for the Northern District
Of California