STEVEN M. WOODSIDE, COUNTY COUNSEL
Sheila Lichtblau, SBN 167999
3501 Civic Center Drive, Room 275
San Rafael, CA 94903
Tel.: (415) 473-6117, Fax: (415) 473-3796

Attorney(s) for the Defendant

UNITED STATES DISTRICT COURT

| | |
|---|---|
| Edward Contreras,<br><br>             Plaintiff,<br><br>      v.<br><br>Marin County Public Defender's Office,<br><br>             Defendant | Case No.: CV 13-2404<br><br>STIPULATED REQUEST FOR ORDER CHANGING EXPERT DISCOVERY DEADLINES AND TRIAL DATE |

WHEREAS, the parties are currently meeting and conferring regarding scheduling multiple depositions and accommodating various vacation schedules of witnesses all of whom may not be available prior to the discovery cut-off date of July 11, 2014;

WHEREAS, County Counsel anticipates that two of its attorneys, one who will be assisting at trial, will be on medical leave in December 2014 and January 2015.

WHEREFORE, Pursuant to Local Civil Rules Nos. 6-1 and 6-2, the parties hereby agree that the case schedule may and should be amended as follows:

| EVENT | EXISTING DATE | PROPOSED DATE |
|---|---|---|
| Discovery Cutoff | 7/11/14 | 9/13/14 |
| Hearing on dispositive motions | 10/2/14 | 12/11/14 |
| Plaintiff's Disclosure of Experts | 10/20/14 | 1/12/15 |
| Defendants' Disclosure of Experts | 11/19/14 | 2/9/15 |
| Disclosure of Rebuttal Experts | 11/28/14 | 2/23/15 |
| Expert Discovery Cutoff | 12/19/14 | 3/6/15 |

STIPULATED REQUEST FOR ORDER CHANGING EXPERT DISCOVERY DEADLINES
*Contreras vs. County of Marin et. Al.* CV 13-2404

| Pretrial Conference | 1/14/15 | 3/23/15 |
| Trial (5 days) | 1/26/15 | 4/6/15 |

THEREFORE, pursuant to Local Civil Rules Nos. 6-1 and 6-2, the parties hereby agree that the case schedule may and should be amended as set forth above.

Dated:  June 10 ,2014                                STEVEN M. WOODSIDE
                                                                    COUNTY COUNSEL


                                                                    By: /s/ Sheila Lichtblau
                                                                    Sheila Lichtblau


Dated:  June  10, 2014                              LAWRENCE KING

                                                                    By:  /s/ Lawrence King
                                                                        Lawrence King
                                                                        Attorney for Plaintiff



**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Except that a further case management conference will be held on December 11, 2014 at 2:00 p.m.; and the pretrial conference will be held on March 25, 2014 at 2:00 p.m.


DATED:  June 13, 2014

Honorable Claudia Wilken