1  LAWRENCE J. KING
   11 Western Avenue
2  Petaluma, CA 94952
   Telephone: (707) 769-9791
3  Fax: (707) 769-9253
   *Attorney for Plaintiff*
4  *Edward Contreras*

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

12
   **EDWARD CONTRERAS,**            CASE NO. 13-2404
13
                    Plaintiff,
14
        v.
15                                  STIPULATION OF DISMISSAL

16 **MARIN COUNTY PUBLIC DEFENDER'S
   OFFICE,**
17
                    Defendant.
18

19

20      IT IS HEREBY STIPULATED by and between the parties to this action through their

21 respective counsel that the above captioned action be and hereby is dismissed with prejudice and

22

23

24

25

26

27

28
                                            1
                              STIPULATION OF DISMISSAL

1  with each party bearing their own costs and attorney's fees.

Dated: August 7, 2014                    Respectfully Submitted,

/s/
LAWRENCE J. KING
*Attorney for Plaintiff Edward Contreras*

/s/
SHEILA LICHTBLAU
*Attorney for Defendant Marin Public Defender's Office*

**IT IS SO ORDERED**
Judge Claudia Wilken

2
STIPULATION OF DISMISSAL